## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| IN RE: Ted Michael Dalton | CHAPTER 13 |
| | CASE NO. 24-60544 |

## MOTION TO SUBSTITUTE COUNSEL

Comes now the Debtor, by Debtor and moves the Court as follows:

1. That the Debtor filed a Chapter 13 Bankruptcy on May 19, 2024.

2. That the Debtor originally employed Michael P. Regan, P.C. to represent the debtor in his Chapter 13 bankruptcy, however, Mr. Regan passed away on July 15, 2024.

3. The Debtor would now like to employ Stephen E. Dunn, PLLC as substitute counsel. See Debtor's Exhibit A.

Wherefore, the Debtor moves the Court for a Substitution of Counsel.

Dated: 07/31/2024                                        Ted Michael Dalton
                                                         /s/ Stephen E. Dunn

Stephen E. Dunn, Esq., VSB No. 26355
Michelle J. Dunn, Esq., VSB No. 90687
Stephen E. Dunn, PLLC
201 Enterprise Dr., Suite A
Forest, Va. 24551
Phone: 434-385-4850
Email: stephen@stephendunn-pllc.com
       michelle@stephendunn-pllc.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE: Ted Michael Dalton                           CHAPTER 13
                                                    CASE NO. 24-60544
      Debtor(s)

**NOTICE OF HEARING ON MOTION TO SUBSTITUTE COUNSEL**

PLEASE TAKE NOTICE that the undersigned will, on the 7th day of August 2024, at 11a.m., move the US Bankruptcy Court for the Motion to Substitute Counsel. This matter will be heard via zoom video. For information on how to participate, a party should contact Catherine James, Courtroom Deputy, at Catherine_James@vawb.uscourts.gov.

Objections to the Motion to Substitute Counsel must be filed in writing, with copies thereof served on the Trustee and Counsel for the Debtor(s) no later than one day prior to the hearing date in order to be heard on *August 7, 2024 at 11 a.m.*.

I do hereby certify that a copy of this Notice and Motion have been sent to the Chapter 13 Trustee by ECF Mail, to the Debtor(s) and by first class postage prepaid mail in this case on the after mentioned date.

Dated: 07/31/2024                           Ted Michael Dalton

                                                        /s/ Stephen E. Dunn
                                                        Stephen E. Dunn, Esq., VSB No. 26355
                                                        Michelle J. Dunn, Esq., VSB No. 90687
                                                        Stephen E. Dunn, PLLC
                                                        201 Enterprise Dr., Suite A
                                                        Forest, Va. 24551
                                                        Phone: 434-385-4850
                                                        Email: stephen@stephendunn-pllc.com
                                                                  michelle@stephendunn-pllc.com



UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Danville Division

IN RE:    Ted Michael Dalton                 Case No. 24-60544
          Debtor                              Chapter 13

    I consent to the Law Offices of Stephen E. Dunn, PLLC substituting as counsel of record in place of Law Offices of Michael P. Regan, P.C.

Signed this 14 day of July, 2024.

Ted Dalton
_____
Printed Name

_____
Client Signature